IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| TERRY HUGHES,<br><br>Plaintiff(s),<br><br>vs.<br><br>BLACKPOWDER PRODUCTS,<br><br>Defendant(s). | 1:15-cv-00028-JAJ-HCA<br><br>ORDER CANCELING JURY TRIAL AND FINAL PRETRIAL AND FOR CLOSING DOCUMENTS |

The parties report they have settled this case. Accordingly, final pretrial set for October 26, 2016 and jury trial set for November 14, 2016 and all deadlines and hearings are **canceled**.

Closing documents shall be filed by **April 4, 2016**. If no closing documents are filed, pursuant to LR 41.c the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

Dated this 2d day of March, 2016.

Helen C. Adams
HELEN C. ADAMS
UNITED STATES MAGISTRATE JUDGE